AO91 (Rev. 12/03)  Criminal Complaint                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**vs.** | **CRIMINAL COMPLAINT** |
| | Case Number: 7:15-po-02137 |

Cesareo LOPEZ-Gomez
IAE A200 665 523
Mexico 1959

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about __**March 20, 2015**__  in _____**Starr**_____ County, in

the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title ____**8**____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the

following facts:

**Cesareo LOPEZ-Gomez was encountered by Border Patrol Agents near Rio Grande City, Texas on March 20, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on March 20, 2015 by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes     ☒ No

/S/  Chandler, Michael  Border Patrol Agent
Signature of Complainant

Chandler, Michael     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 21, 2015                                                    at     McAllen, Texas
Date                                                                              City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge                          Signature of Judge